UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
__PANAMA CITY__ DIVISION

SECOND AMENDED
## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

BERNARD PARKS

Inmate # 2014-005710

(Enter full name of Plaintiff)

SECOND AMENDED

vs.

Rick Anglin Warden,
Frank P. Owens A.W.,
Edward Wellman Sgt./M.R.S.,
Ronnie Tyndal C.C.,
Classification Counselor

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

CASE NO: 5:13-cv-00407-WS-GRJ
(To be assigned by Clerk)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Filed0807'14UsDcFln3PM0325

**I. PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Bernard Parks
Inmate Number: 2014-005710
Prison or Jail: Jail
Mailing address: 5700 Star Lane
Panama City, FL, 32404

**II. DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Rick Anglin
    Official position: Warden
    Employed at: Bay Co. Jail
    Mailing address: 5700 Star Lane
    Panama City, FL, 32404

(2) Defendant's name: Frank E. Owens
    Official position: Assistant Warden
    Employed at: Bay Co. Jail
    Mailing address: 5700 Star Lane
    Panama City, FL, 32404

(3) Defendant's name: Edward Wellman
    Official position: Sergeant/M.R.S.
    Employed at: Bay Co. Jail
    Mailing address: 5700 Star Lane
    Panama City, FL, 32404

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

(4.) Defendant's name: Ronnie Tyndal
Offical position: Classification Counselor
Employed at: Bay Co. Jail
Mailing address: 5700 Star Lane,
Panama City, FL.
32404

2.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( ✓ )   No( )

1. Parties to previous action:
   (a) Plaintiff(s): Bernard Parks
   (b) Defendant(s): E.R. Mann, Jr., Robert Deale, Russell S. Wilson, Michael C. Overstreet
2. Name of judge: Michael C. Overstreet   Case #: 5:14CV45/RS/CJK
3. County and judicial circuit: Bay County Fourteenth Judicial Circuit
4. Approximate filing date: September, October, 2013, date not known
5. If not still pending, date of dismissal: 7-10-2014
6. Reason for dismissal: 28 USC §1915(e)(2)(B)(ii), For Failure to state a claim which relief may be granted
7. Facts and claims of case: defendants conspired to deprive plaintiff of his Constitutional Rights. SEE: Case No. 5:14CV45/RS/CJK

(Attach additional pages as necessary to list state court cases.)

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?
Yes( ✓ )   No( )

1. Parties to previous action:
   a. Plaintiff(s): Bernard Parks
   b. Defendant(s): BCBCC, Bay Co. Jail, Aramark CC., Rick Anglin, Sheriff McKeithen
2. District and judicial division: Northern District Panama City Division
3. Name of judge: Gary R. Jones   Case #: not known
4. Approximate filing date: November 9, 2011
5. If not still pending, date of dismissal: Not Known
6. Reason for dismissal: Failure to state a plausible claim

3

7. Facts and claims of case: <u>Canteen prices exceeding the Statutory</u>
<u>maximum price gouging / no step ladders on bunks</u>

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )    No( ✓ )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____    Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )    No( ✓ )

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____    Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

4

6.  Facts and claims of case: Plaintiff deprived of his Constitutional Rights and United States mail depriving plaintiff of access to the courts.

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

Plaintiff previously had written to the Clerk of the United States District Court (4)-Four times respectfully requesting 42 U.S.C. §1983 Civil Rights Complaint Forms and each time that the clerk sent the Forms to me, I never received them Sergeant Edward Wellman Bay County Jail mail Room Supervisor, Frank E. Owen Assistant Warden, Rick Anglin Warden, Ronnie Tyndal Classification Counselor, deprived/intercepted legal documents, mail, violating the plaintiff's United States Constitutional Rights, the First Amendment the right to send and receive mail, The Fourteenth Amendment Due process of Law, Equal protection of the Law.

Plaintiff's Fifth attempt to obtain 42 USC §1983 Forms was through inmate name(Charles Tighe, 2013-0016433) with his knowledge and his name on the outside of envelope and my information on the inside and requested that the United States marshal hand deliver forms to me personally.

Plaintiff was written Disciplinary Report for attempting to circumvent the inmate mail procedure. Plaintiff was placed in confinement 5-days.

5

It is a Federal OFFense to tamper with United States mail.

## VI.  STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

The plaintiff's First Amendment of the United States Constitution has been violated the right to send and receive mail.

The plaintiff's Fourteenth Amendment of the United States of America Due Process of Law, Equal protection of the Law.

## VII.  RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

For relief I request that this Honorable Court sanction the Bay County Jail Facility for it's negligent and reckless actions. I also seek monetary obligations

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

7-21-2014
(Date)

Bernard Parks
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail system on: the 21st day of July, 20 14.

Bernard Parks
(Signature of Plaintiff)

Revised 03/07

7

# NOTARIZED OATH

**STATE OF FLORIDA**
**COUNTY OF BAY**

      BEFORE ME, the undersigned authority, personally appeared Bernard Parks, who first being duly sworn, deposes and says that the facts contained in the attached statement true and correct.

*/s/ Bernard Parks*
**Defendant**

The standard subscribed and sworn to before me on the 21st day of July, 2014.

*/s/ Ronnie C. Tyndal*
**Notary Public**

RONNIE C. TYNDAL
MY COMMISSION # EE 044299
EXPIRES: January 25, 2015
Bonded Thru Notary Public Underwriters

Parks, Bernard #14-5710

BCSO
5700 STAR LANE
PANAMA CITY, FL 32404

"Urgent"
"Legal Mail"

PENSACOLA
FL 325
06 AUG 14
PM 1 L

U.S. POSTAGE >> PITNEY BOWES
ZIP 32404 $ 000.48⁰
02 1W
0001371023 AUG 06 2014

Jessica J. Lyublanovits
Clerk Of Court
1 North Palafox Street
Pensacola, Florida
32502





Parks, Bernard #14-5710

**BCSO**
**5700 STAR LANE**
**PANAMA CITY, FL 32404**

Bernard Parks III
PO Box 759
Panama City, Florida 32402

Outgoing Indigent Mail